IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES ASHFORD**                                              **PETITIONER**

**V.**             **NO. 4:22-CV-00827-JM-ERE**

**STATE OF ARKANSAS**                                      **RESPONDENT**

## **JUDGMENT**

Consistent with the Order entered today, this habeas petition is DISMISSED and judgment is entered in favor of Respondent.

DATED this 18th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE